359 A.2d 911

COMMONWEALTH

v.

BROOKINS, Appellant.

Submitted April 12, 1976. Louis Dadowski, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.